### 13669. HEATH v. SHURLING.

LUKE, J. In view of the counter-showing made to the motion for a continuance in this case, this court cannot say that there was an abuse of legal discretion in overruling such motion. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 12, 1922.

Complaint; from city court of Wrightsville — B. B. Blount, judge pro hac vice. April 8, 1922.

*C. S. Claxton, Adams & Camp,* for plaintiff in error.
*E. L. Stephens,* contra.